UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIPPON STEEL & SUMITO METAL CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>POSCO AND POSCO AMERICA CORPORATION,<br><br>        Defendants. | Civil Action No.: 12-2429 (DMC)<br><br><br><br><br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of Defendants' motion to stay this case pending reexamination of the patents in suit by the United States Patent and Trademark Office [CM/ECF No. 63]; and the Court having considered the papers in support of and in opposition to the motion; and argument having been heard on April 19, 2013; and for the reasons stated in the Opinion issued on this date; and for good cause shown;

    **IT IS** on this 2nd day of May 2013,

    **ORDERED** that, Defendants' motion to stay the case pending reexamination [CM/ECF No. 63] is **DENIED**.

                                              s/Mark Falk
                                              **MARK FALK**
                                              **United States Magistrate Judge**