IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIPPON STEEL & SUMITOMO METAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> POSCO and POSCO AMERICA CORPORATION <br><br> Defendants. | Civil Action No. 12-2429 (SRC) (CLW) <br><br> **ORDER OF SPECIAL MASTER ON POSCO'S MOTION TO COMPEL** |

This matter was presented to the Special Master by way of POSCO's letter of April 9, 2014, along with the parties' respective opposition and reply letters, and by way of an in-person hearing conducted on June 17, 2014. The Special Master having considered the parties' written submissions and argument of counsel and having provided the parties with his rulings, as well as the basis therefore, by way of Letter Opinion dated June 27, 2014, it is hereby ORDERED that POSCO's April 9, 2014, motion to compel Nippon to designate a witness or witnesses to testify pursuant to Fed. R. Civ. P. 30(b)(6) regarding corporate deposition topics 70 and 71 is GRANTED, subject to the limitation that questions on Topic 70 be limited to "induction heating."

IT IS on this 10th day of July, 2014, so ORDERED.

_____
HON. WILLIAM L'E. WERTHEIMER
Special Discovery Master