IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIPPON STEEL & SUMITOMO METAL CORPORATION, | Civil Action No. 12-2429 (SRC) (CLW) |
| Plaintiff, | |
| v. | ORDER OF SPECIAL MASTER |
| POSCO and POSCO AMERICA CORPORATION, | |
| Defendants. | |

THE MATTERS BELOW having been referred to the Special Master by Order of the Court, and presented to the Special Master by way of Plaintiff's "Motion to Strike" as filed August 1, 2013, and Defendants' "Motion for Relief" as filed September 13, 2013, along with the parties' respective opposition and reply filings and in-person oral arguments conducted on June 17, 2014; the Special Master having considered the parties' written submissions and in-person argument of counsel; and the Special Master having provided the parties with his rulings by way of Letter Opinion dated June 30, 2014, and for the reasons stated therein, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Strike is DENIED.

2. Defendants' Motion for Relief is DENIED.

IT IS on this 18th day of July, 2014, so ORDERED.

_____
HON. WILLIAM L'E. WERTHEIMER
Special Discovery Master

## DUGHI, HEWIT & DOMALEWSKI, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| LOUIS JOHN DUGHI, JR. | | OF COUNSEL |
| RUSSELL L. HEWIT | | WILLIAM L'E. WERTHEIMER |
| CRAIG A. DOMALEWSKI | 340 NORTH AVENUE | MARY ELIZABETH GAZI |
| ROBERT W. DONNELLY, JR. | CRANFORD, NEW JERSEY 07016 | BRANDON D. MINDE |
| MICHAEL J. KEATING | (908) 272-0200 | LORI C. DUFFY |
| CHARLES M. RADLER, JR. | TELECOPIER: (908) 272-0909 | |
| MARIO C. GURRIERI | | |
| KEITH A. GABLE | | KRISTIN M. CAPALBO |
| PAMELA HATTEM | | ARIS E. L. DUTKA |
| GARY L. RIVELES* | | BENJAMIN H. ZILBERGELD |
| RICHARD A. OUTHWAITE | | CYNDEE L. ALLERT |
| SCOTT A. HALL | | SARAH E. FITZPATRICK |
| DARA L. SPIRO | | JENNIFER L. YOUNG |
| | | EVA M. UHRIK |
| | | SEAN C. CALLAHAN |
| | | ANNA KITSOS |
| WILLIAM H. GAZI (1964-2001) | | |
| LAWRENCE WEISS (1961-2011) | | |
| | | * CERTIFIED CIVIL TRIAL ATTORNEY |

July 18, 2014

The Honorable Cathy Waldor
U.S. Magistrate Judge
M. L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street, Room 4040
Newark, New Jersey  07102

    Re: Nippon Steel Corporation and Sumitomo Metal Corporation v.
       POSCO America Corporation, et al.
       Civil Action No.: 12-2429 (SRC) (CLW)
       Our File No.:  13773

Dear Judge Waldor:

   Enclosed please for filing an Order reflecting my rulings on the two motions forwarded by Judge Chesler for my consideration.  Counsel have agreed to the form of this Order.  Would you kindly file same.

            Respectfully submitted,

            DUGHI, HEWIT & DOMALEWSKI

            William L'E. Wertheimer
            wwertheimer@dughihewit.com

Enclosure

  cc: with enclosure)
     George C. Jones, Esq.
     William P. Deni, Jr., Esq.

G:\13773\13773-COR-WLW-WALDOR-MG-07-18-2014.doc